FILED

08 JUL -3 AM 11:26

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  ROSENBALM     VINCENT     LEE
      (Last)        (First)     (Initial)

Prisoner Number  # 2069375   NAPA STATE HOSPITAL

Institutional Address  2100 NAPA VALLEJO HIGHWAY
                       NAPA, CA 94558

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VINCENT LEE ROSENBALM
(Enter the full name of plaintiff in this action.)

CV 08 3214

vs.

Case No. _____
(To be provided by the Clerk of Court)

JUDGE RICHARD HENDERSON
Sheriff THOMAS ALLMAN
ED FOULK

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

E-filing 28 U.S.C 1915(g)

(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward.  The court will dismiss any unexhausted claims.]

   A.   Place of present confinement  NAPA State Hospital

   B.   Is there a grievance procedure in this institution?
        YES (✓)    NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?
        YES (✓)    NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review.  If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1. Informal appeal __PAtients RiGHts__

2. First formal level __MENDOCINO Superior Court JUDGE HENDerson DENIED HABeas CORPUS JUNE, 3 2008 JUDGMENT__

3. Second formal level __COURT OF APPEAL FIRST APPellAte District PREJUDICIAL ERROR - APPEALED SUPREME__

4. Third formal level __SUPREME COURT OF CALIfornia PENDING APPEAL__

E. Is the last level to which you appealed the highest level of appeal available to you?

  YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

  A. Write your name and your present address. Do the same for additional plaintiffs, if any.

  __VINCENT LEE ROSENBALM__
  __2100 NAPA VALLEJO HIGHWAY__
  __NAPA, CALIFORNIA 94558__

  B. Write the full name of each defendant, his or her official position, and his or her place of employment.

  __JUDGE RICHARD HENDERSON - MENDOCINO Superior Court__

COMPLAINT                                - 2 -

1  THOMAS ALLMAN - MENDOCINO COUNTY SHERIFF
2  ED FOULK - EXECUTIVE DIRECTOR
3  OF NAPA STATE HOSPITAL

III.   Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) CASE NO: SCUK CRCR 08-84434 - JUDGE HENDERSON WROTE IN COURT ORDER my arraignment WAS SUNDAY OCTOBER 29, 2006. FALSE I NEVER APPEARED IN COURT SUNDAY! JUDGE HENDERSON STATES I WAS COMMITTED TO COURT DECEMBER 21, 2006 FALSE! JUDGE BROWN COMMITTED ME 12/26/06.

2) MENDOCINO CASE NO: MCUK ~~CRCR~~ CVUD 06-10320 FALSE NAMES IN JUDGMENT CAPTION

3) JUDGE RICHARD HENDERSON HAS FALSIFIED COURT RECORDS IN 2 CASES AND VIOLATED CONSTITUTIONAL RIGHTS

4) SEE EXHIBIT (A) (SHERIFF ALLMAN!

IV.   Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I WANT A SUMMARY JUDGMENT FOR $15 MILLION DOLLARS DAMAGES
RESTRAINING ORDER AGAINST UKIAH POLICE

COMPLAINT                          - 3 -

I ASK FOR VICTIM/WITNESS RELOCATION AND RE-TRAINING EDUCATIONAL EXPENSES I WANT A WRITTEN APOLOGY FROM JUDGE HENDERSON

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __23__ day of __JUNE__, 20__08__

*Vincent Rosenbalm*
(Plaintiff's signature)

COMPLAINT                                    - 4 -

EXHIBIT A

6/23/08

Citizens Complaint Penal Code 832.5

Sheriff Thomas Allman

Judge Richard Henderson recently filed wrong court dates and falsified court records in CaseNumber SCUK CRCR 08-84434 and also put the wrong name of defendants in the caption on Case number MCUK CVUD 06-10320 in which Sheriff Thomas Allman illegally took a large amount of property from my house while in Jail for Case MCUK CRCR 06-74005 which is also on appeal in the Supreme Court of California CASE S163898. I want my property back Sheriff Allman took and am pressing charges in Federal Court against Judge Henderson and Sheriff Allman. I never was in Court for arraingment on Sunday October 29, 2006, the correct date is October 23, 2006 and the date of my commitment was December 26, 2006 and not December 21, 2006 as Judge Henderson suggests. Sheriff Allman and Judge Henderson have done millions of dollars of damage illegally falsifying court documents and taking property illegally. I believe Judge Henderson is attempting to hide the fact I did not get a trial in 60 days.

Under the penalty of perjury this is true and correct to the best of my knowledge. Vincent Rosenbalm

Vincent Rosenbalm
6/23/08

PROOF OF SERVICE    6/23/08

I am Vincent Rosenbalm an American citizens over 18 years of age.

On 6/23/08 I served the within
1) 42 USC 1983 Form
2) EXHIBIT A
3) FINANCIAL RECORDS

By placing a copy in the Napa State Hospital

Addressed to
   Court Clerk
   U.S. District Court
   450 Golden Gate Ave
   San Francisco, CA 94102

From
   Vincent Rosenbalm
   2100 Napa Vallejo Highway
   Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm