FILED
08 JUL -3 AM 11: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

SI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08 3214

VINCENT LEE ROSENBAUM
      Plaintiff,

vs.
JUDGE RICHARD HENDERSON
SHERIFF THOMAS ALLMAN
ED FOULK
      Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

28 U.S.C. 1915 (g)

I, VINCENT LEE ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $20 week   Net: Approx $20 week
Employer: NAPA State Hospital
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ✓  No ___
10         self employment
11    b.   Income from stocks, bonds,             Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                         Yes ___ No ✓
14    d.   Pensions, annuities, or                Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ___ No ___
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __12⁵⁰ MONTH WELFARE Hospital_____
22  __3²⁵ AUTHOR HOUSE PUBLISHING_____
23  3.   Are you married?                         Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

ALL FINANCIALS Estimates

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     JDR (17)
6     _____
7  5.  Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile? (2)   Yes ✓ No ___
10 Make SUBARU   Year 1992, 1993 Model Legacy
11 Is it financed? Yes ___ No ✓ If so, Total due: $ 0
12 Monthly Payment: $ 0
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ✓ No ___ Amount: $ About 20 cents
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✓ No ___
20 Personal Property Estimated $ 15,000.00
21 8.  What are your monthly expenses?
22 Rent: $ 0   Utilities: 0
23 Food: $ 0   Clothing: 0
24 Charge Accounts:
25 Name of Account      Monthly Payment       Total Owed on This Acct.
26 ___0___       $ __0__       $ __0__
27 ___0___       $ __0__       $ __0__
28 _____       $ _____       $ _____

APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  <u>CREDIT CARD Debt    ESTIMATED    5-10,000.00</u>
4  <u>school loans    ESTIMATED    5-10,000.00</u>
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ____ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   6/23/08                        Vincent Rosenbalm
17   DATE                          SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Vincent Rosenbalm  for the last six months
[prisoner name]
 Napa State Hospital  where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 29.77  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.00 .

Dated: 4-4-08           Laura Harris, STO
                   [Authorized officer of the institution]

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

4/4/2008
7:54:35AM

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

| # | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 2 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 3 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 4 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 5 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 6 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 7 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 8 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 9 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 10 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 11 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 12 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 13 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 14 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 15 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 16 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 17 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |

**TOTAL WITHDRAWLS / DEPOSITS:**                                     $165.75    $178.58

Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

RECEIVED
JUL 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102



