1  VINCENT ROSENBALM
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CALIFORNIA
4
5  TO COURT CLERK RICHARD WIEKING, 08-3214 SI
6  1) I AM WONDERING WHY MY
7  APPLICATIONS TO PROCEED UNDER
8  28 U.S.C 1915 (g) HAS NOT BEEN
9  GRANTED, ESPECIALLY DUE TO A
10 SERIOUS ATTACK WITH VIOLENCE ALMOST
11 LEFT ME DEAD. DOES SOMEONE
12 NEED TO BE KILLED BEFORE THE
13 COURT REALIZES A MISTAKE?
14 2) I AM SURE YOU ARE AWARE
15 OF THE NEW LAW FROM 12/1/07.
16 TO SERVE SUMMONS IMMEDIATELY
17 ON LAWSUIT AND CRIMINAL CHARGES.
18 I BELIEVE THIS IS 4 (B), ARE
19 YOU AWARE YOU ARE VIOLATING
20 MY RIGHTS BY NOT SERVING THOSE
21 SUMMONS IMMEDIATELY?
22 I DO HOPE WE SETTLE THESE
23 ISSUES SOON AND JUSTICE IS
24 SERVED.
25                    Vincent Rosenbalm
26
27
28

*RECEIVED 7/15/08*
*FILED JUL 17 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Vincent RosenBAlm
2000 Napa Vallejo Hwy.
Napa, CA  94558-6293

Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102



Case 3:08-cv-03214-SI   Document 5-2   Filed 07/17/2008   Page 2 of 2